**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUILLERMO GARCIA JUAREZ, ) <br>      **Petitioner,** ) <br>    **v.** ) <br> ) <br> **KRISTI NOEM,** *Department of* ) <br> *Homeland Security*, **et al.,** ) <br>      **Respondents.** ) <br> _____ ) | **NO. EDCV 26-00014 MWC (KS)** <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the submissions filed by the parties, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections has passed and no objections were filed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that: (1) Judgment shall be entered granting the Petition; and (2) a writ of habeas corpus shall issue enjoining Respondents (a) from re-detaining Petitioner unless Respondents comply with regulations governing revocations of orders of supervision; and (b) from removing Petitioner to a third country without notice and an opportunity to be heard on any fear of persecution or torture in that third country.

DATED: June 30, 2026

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

1