**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO GARCIA JUAREZ, | ) NO. EDCV 26-00014 MWC (KS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| | ) |
| KRISTI NOEM, *Department of Homeland Security*, **et al.,** | ) |
| Respondents. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge ("Order"), IT IS ADJUDGED that the pending Petition is GRANTED and a writ of habeas corpus shall issue consistent with the terms of the Order.

DATED:    June 30, 2026

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE